# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Donelle Mastropietro,<br><br>    Plaintiff,<br><br>v.<br><br>United Collection Bureau, Inc.,<br><br>    Defendant. | Case No. 3:09-CV-01167-DAK<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Now comes the parties, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismiss the present action pursuant with prejudice.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| Macey & Aleman, P.C. | Porter Wright Morris & Arthur LLP |
| By: */s/ Richard J. Meier* | By: */s/ Tracey L. Turnbull* |
| Richard J. Meier | Tracey L. Turnbull, Esq. |
| 233 S. Wacker Drive, Suite 5150 | 925 Euclid Avenue, Suite 1700 |
| Chicago, IL 60606 | Cleveland, Ohio 44115 |
| Tel: 1.866.339.1156 | Tel: 216.443.2539 |
| Fax: 1.312.822.1064 | Fax: 216.443.9011 |
| rjm@legalhelpers.com | tturnbull@porterwright.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Richard J. Meier*